USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

LUIS A. NUNEZ,

                             Plaintiff,

                  -against-

METROPOLIS TECHNOLOGIES, INC.,

                      Defendant.

-------------------------------------------------------------- X

1:26-cv-3249-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on April 21, 2026.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than May 5, 2026. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

        SO ORDERED.

Dated:  April 22, 2026
       New York, New York

                                      _____
                                       GREGORY H. WOODS
                                 United States District Judge