**MEMORANDUM ENDORSED**

PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

┌─────────────────────────────────┐
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2026
└─────────────────────────────────┘

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

April 27, 2026

**VIA ECF**

Hon. Gregory H. Woods
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007-1312

Re: Nunez v. Metropolis Technologies, Inc., Case No. 1:26-cv-03249-GHW

Your Honor:

We represent Defendant Metropolis Technologies, Inc. ("Defendant") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Pretrial Conference ("Conference"), currently scheduled for May 6, 2026 at 3:00 PM, to a date after May 28, 2026.

We request the adjournment because Defendant's deadline to answer, move or otherwise respond to the Complaint has been extended to May 28, 2026, per the Court's Order dated April 22, 2026 [Dkt. 8]. Plaintiff's counsel, Anthony Carabba, Jr., Esq., has consented to this request. This is Defendant's first request to adjourn the Conference.

The parties respectfully propose the following mutually convenient dates to reschedule the Conference: June 9, 15 and 17, 2026.

We thank the Court for its courtesies.

Respectfully submitted,

/s/ Bryan Carr Olert

Bryan Carr Olert

Cc: Anthony Carabba, Jr., Esq. (via ECF)

Application granted. The conference scheduled for May 6, 2026 is adjourned to June 9, 2026 at 3:00 p.m. The parties' deadline to submit their pre-conference materials, Dkt. No. 7, is extended to June 2, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.
Dated: April 28, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge